

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

---

### NO. PD-0522-11

---

**JAMES DAVID TUTT, Appellant**

**v.**

**THE STATE OF TEXAS**

---

### ON REHEARING OF APPELLANT'S
### PETITION FOR DISCRETIONARY REVIEW
### FROM THE SIXTH COURT OF APPEALS
### NACOGDOCHES COUNTY

---

*Per curiam.*

### O P I N I O N

Appellant was convicted of the felony offense of driving while intoxicated and was sentenced to confinement for forty years. The Court of Appeals affirmed the conviction. *Tutt v. State*, ___S.W.3d___ (Tex. App. — Texarkana, No. 06-10-00183-CR, delivered March 11, 2011). Appellant's petition for discretionary review was dismissed as untimely filed on August 24, 2011. Appellant has filed a motion for rehearing requesting reinstatement of his petition so that it will be considered by this Court. Appellant's motion for rehearing is

granted.  His petition for discretionary review received in this Court on July 29, 2011, is filed

as of October 19, 2011, and will be considered in accord with Tex.R.App.P. 68.  (But see

order striking petition).

Delivered October 19, 2011
Do not publish